UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY WAYNE LEGGETT | * CIVIL ACTION NO. 2:12-cv-01050 |
| | * |
| VERSUS | * JUDGE SARAH S. VANCE |
| | * |
| LOWE'S HOME CENTERS, INC., ET AL | * MAGISTRATE JUDGE KAREN WELLS ROBY |
| | * |
| | * JURY TRIAL |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice,

IT IS HEREBY ORDERED that the action against Defendant, Lowe's Home Centers, Inc., including all claims which were or could have been asserted by Plaintiff, be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana this 30th day of July, 2012.

_____
DISTRICT JUDGE